**Douglas M. GOOSLIN, Jr., Petitioner,**

v.

**BETHANY COAL COMPANY; Director, Office of Workers' Compensation Programs, United States Department of Labor, Respondents.**

Douglas M. Gooslin, Jr., Petitioner,

v.

Director, Office of Workers' Compensation Programs, United States Department of Labor; Bethany Coal Company, Respondents.

Nos. 01–2105, 01–2328.

United States Court of Appeals,
Fourth Circuit.

Submitted March 19, 2002.

Decided April 16, 2002.

Douglas M. Gooslin, Jr., Petitioner Pro Se. Christian P. Barber, Sarah Marie Hurley, United States Department of Labor, Washington, DC, for Respondents.

Before NIEMEYER, LUTTIG, and WILLIAMS, Circuit Judges.

PER CURIAM.

Douglas M. Gooslin, Jr., seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C.A. §§ 901–945 (West 1986 & Supp.2001). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board. *See Gooslin v. Director, Office of Workers' Comp. Program*, No. 00–1082–BLA (July 31, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*